### MARSHALL v. STATE. (No. 6121.)

(Court of Criminal Appeals of Texas. Feb. 16, 1921.)

**Criminal law &#x29F8;1182—Record held to require affirmance of judgment.**

Where the record contains no statement of facts, and the only bills of exceptions appearing are not signed or approved, and an examination of the indictment and charges show no error, and there is no error complained of in the motion for new trial which can be considered in the condition of the record, the judgment must be affirmed.

Appeal from Criminal District Court, Tarrant County; Geo. E. Hosey, Judge.

Johnnie Marshall was convicted of manslaughter, and she appeals. Affirmed.

C. M. Cureton, Atty. Gen., and W. E. Hawkins and Tom L. Beauchamp, Asst. Attys. Gen., for the State.

LATTIMORE, J. Appellant was convicted in this case in the criminal district court of Tarrant county of the offense of manslaughter, and her punishment fixed at confinement in the penitentiary for a term of two years. There is no statement of facts in the record,

and the only bills of exceptions that appear are not signed or approved by the trial court. We have examined the indictment and the charge of the court, and find same to be sufficient, and, there being no error complained of in the motion for new trial which we can consider in the condition of the record, the judgment of the lower court will be affirmed.